1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  PHILIP KOPCZYNSKI (NYBN 4627741)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7200
7      Facsimile: (415) 436-7027
       philip.kopczynski@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-MJ-71482 JCS |
| Plaintiff, | **[PROPOSED] DETENTION ORDER** |
| v. | |
| TIERZAH MAPSON & ELISA MAPSON, | |
| Defendants. | |

On August 29, 2019, defendant Tierzah Mapson was charged by indictment in the Northern District of Alabama with conspiracy, in violation of Title 18, United States Code, Section 371; interstate domestic violence, in violation of Title 18, United States Code, Sections 2261(a)(1) and 2261(a)(2); stalking, in violation of Title 18, United States Code, Sections 2261A(1) and 2261A(2); and use of a firearm in furtherance of a crime of violence, in violation of Title 18, United States Code, Section 924(c)(1)(A).

This matter came before the Court on September 23, 2019, for a detention hearing. The defendant was present and represented by Steven Kalar. Assistant United States Attorney Philip Kopczynski appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers, and arguments presented, and for the reasons stated on the record, including during the detention hearing for co-defendant Elisa Mapson held the same day, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, and finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion:

- ... The defendant presents a safety risk to others, particularly to the victim of the shooting charged in the indictment; and
- ... The defendant presents a risk of flight, as evidenced by, among other things, the fact that she and her sister and co-defendant Elisa Mapson traveled from their home in Oklahoma to a remote part of Northern California with $10,000 in cash, as well as the fact that in calls placed to their mother from jail after their arrest, they repeatedly referenced that the calls were recorded.

These findings are made without prejudice to the defendant's right to seek review of her detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to Title 18, United States Code, Section 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a

[PROPOSED] DETENTION ORDER 2 v. 11/01/2018
3:19-MJ-71482 JCS

court proceeding.

    IT IS SO ORDERED.

DATED: September 25, 2019

_____
HONORABLE JOSEPH C. SPERO
United States Chief Magistrate Judge